UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEAH S. DANGERFIELD,<br><br>Defendant. | No. 2:25-po-0191 CKD<br><br>REFUND ORDER |

On September 9, 2025, the government moved to dismiss the citation CA18/E1544087 without prejudice and this motion was granted by the court. For reasons unknown by the court, on September 11, 2025, the defendant paid $280.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $280.00 due to overpayment.

IT IS SO ORDERED.

Dated: September 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1